IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP  DIVISION

| | | |
|---|---|---|
| **SOUTHERN APPALACHIAN** <br> **MOUNTAIN STEWARDS, ET AL.,** | ) <br> ) <br> ) | |
| Plaintiffs, | ) | Case No. 2:12CV00009 |
| v. | ) <br> ) <br> ) | **ORDER** |
| **A & G COAL CORPORATION,** | ) <br> ) | By:  James P. Jones <br> United States District Judge |
| Defendant. | ) | |

Plaintiffs' Motion for an Award of Attorneys' Fees and Expenses was filed on August 5, 2013, and has been fully briefed by the parties.  Defendant has since noted an appeal of the court's order granting injunctive relief, which appeal is pending.  No. 13-2050 (4th Cir. Aug. 22, 2013) (appeal docketed).

While it appears that an award may be appropriate in this case at the proper time, in the light of the appeal, and in the interest of judicial economy, I will deny the motion without prejudice to its reassertion upon conclusion of the appeal.  *See Rum Creek Coal Sales, Inc. v. Caperton*, 971 F.2d 1148, 1155 (4th Cir. 1992); *CSX Transp., Inc. v. Peirce*, No. 5:05CV202, 2013 WL 5375983, at *3 (N.D.W. Va. Sept. 25, 2013).

Accordingly, it is **ORDERED** that Plaintiff's motion (ECF No. 78) is DENIED WITHOUT PREJUDICE.

ENTER:  October 15, 2013

/s/  James P. Jones
United States District Judge